BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney
THOMAS MOORE (ASBN 4305-078T)
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7000
    FAX: (415) 436-7009

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LILLIAN CHAN,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. CV-15-03982-HSG<br><br>STIPULATION TO EXTEND TIME TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT AND ORDER |

    Plaintiff, Lillian Chan, and Defendant, United States of America, through their respective counsels, hereby agree and stipulate as follows:

    1.    That Defendant, United States America, be granted 60 days additional days to answer or otherwise respond to the Complaint in order to enable the United States to obtain the relevant information and documentation from the Internal Revenue Service necessary to answer or otherwise respond to the Complaint.

    2.    That the Answer to the Complaint be filed on or before January 4, 2016.

    SO STIPULATED:

_____/s/_____
RONALD CHUN
Attorney for the Plaintiff



BRIAN J. STRETCH
Acting United States Attorney

_____/S/_____
CYNTHIA STIER
Assistant U.S. Attorney
Tax Division

ORDER

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the Defendant United States of America, defendant herein, answer or respond to the Complaint by January 4, 2016. .

HAYWOOD S. GILLIAM, JR.
United States District Judge