BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
CYNTHIA L. STIER (DCBN  423256)
Assistant United States Attorney
 11th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone:    (415) 436-7000
 Fax:               (415) 436-7009

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISO DIVISION

| | |
|---|---|
| LILLIAN CHAN, | ) NO. C-15-3982-HSG |
| | ) |
| Plaintiff, | ) STIPULATED REQUEST FOR |
| | ) CONDITIONAL DISMISSAL AND |
| v. | ) ORDER |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |
| | ) |

It is hereby Stipulated and Agreed by the parties herein as follows:

1.   The parties hereto, through their respective counsel, are advising this Court that they are in the process of negotiating a resolution of this action.

2.   The terms of the contemplated resolution will involve consideration that can take up to 120 days to complete.

3.   Accordingly, the parties request that this action be dismissed with prejudice and that all dates be vacated provided, however, that if either party certifies to this Court, with a proof of service of a copy on opposing counsel, within 120 days from the date of the Order of Dismissal, that the contemplated resolution has not been reached or that the agreed consideration has not been delivered over, that the Order of Dismissal shall stand vacated, and the action be restored to the calendar to be set

for a case management conference.

SO STIPULATED                                    BRIAN J. STRETCH
                                                 Acting United States Attorney


                                                 /s/ Cynthia Stier
                                                 CYNTHIA STIER
                                                 Assistant United States Attorney


                                                 _____/s/_____
                                                 RONALD CHUN
                                                 Attorney for Plaintiff


SO ORDERED this 6th day of January, 2016.


                                                 *signature*
                                                 HAYWOOD S. GILLIAM, JR.
                                                 UNITED STATES DISTRICT JUDGE